**Electronically Filed
Supreme Court
SCWC-14-0000871
03-OCT-2016
09:46 AM**

SCWC-14-0000871

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

LE,
Petitioner/Petitioner-Appellant,

vs.

VM,
Respondent/Respondent-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000871; FC-P NO. 08-1-0012)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant's application for writ of certiorari filed on September 1, 2016, is hereby rejected.

DATED:  Honolulu, Hawai'i, October 3, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

